

Outlook

## [EXTERNAL] Fwd: Email Notice of Proposed Class Action Settlement

**From** Cory Chenault <chenault.cory@icloud.com>

**Date** Mon 12/29/2025 4:10 PM

**To** Service Account PrintMe <printme@lexpublib.org>

Sent from my iPhone

Begin forwarded message:

> **From:** Kroll Settlement Administration LLC <attsettlement@e.emailksa.com>
> **Date:** August 13, 2025 at 4:19:12 PM EDT
> **To:** chenault.cory@icloud.com
> **Subject: Email Notice of Proposed Class Action Settlement**

**In Re: AT&T Inc. Customer Data Security Breach Litigation**
**MDL Docket No. 3:24-md-03114-E**

**To all Account Owners or Line or End Users whose AT&T 2 Data Elements were involved in the AT&T 2 Data Incident that was announced on July 12, 2024, you may be eligible to receive a Settlement Class Member Benefit from a class action Settlement.**

**Name: CORY CHENAULT**
**Class Member ID: 83231X10GB5XY**
**You have been identified as a member of the: AT&T 2 Settlement Class**

**Why am I receiving this Email Notice?** On July 12, 2024, AT&T announced that certain call records of AT&T Account Owners and Line or End Users had been unlawfully downloaded from a third-party cloud platform known as Snowflake ("AT&T 2 Data Incident"). Following AT&T's announcement of the AT&T 2 Data Incident, lawsuits were filed against AT&T in state and federal courts across the country. Those lawsuits were consolidated before Judge Ada E. Brown in the Northern District of Texas in June 2024 (captioned *In re AT&T Inc. Customer Data Sec. Breach Litigation*). Without any admission of liability or wrongdoing, the Parties to the Action have agreed to enter a Settlement.

**Who is a Settlement Class Member?**
You are an AT&T 2 Settlement Class Member and may be eligible to receive Settlement Class Member Benefits under this Settlement. There is also an AT&T 1 Settlement Class and that refers to individuals who may have been impacted in a separate data incident involving AT&T that occurred earlier. That incident is referred to as the AT&T 1 Data Incident and that action is being settled at the same time as this one.

AT&T 2 Settlement Class Members include all AT&T Account Owners or Line or End Users whose Data Elements (telephone numbers of current and former AT&T customers, including, but not limited to, Account